1  LINDA B. OLIVER (SBN 166720)
   loliver@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
   600 Montgomery Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: (415) 646-4700
   Facsimile: (205) 254-1999
4
   Attorneys for Defendant
5  METROPOLITAN LIFE INSURANCE COMPANY

6  JAMES P. KEENLEY (SBN 253106)
   jkeenley@bkkllp.com
   BRIAN H. KIM (SBN 253109)
7  bkim@bkkllp.com
   EMILY A. BOLT (SBN 215492)
8  ebolt@bkkllp.com
   BOLT KEENLEY KIM LLP
9  1010 Grayson Street, Suite 3
   Berkeley, CA 94710
   Telephone: (510) 225-0696
10 Facsimile: (510) 225-1095

11 Attorneys for Plaintiff
   ERVAN DARNELL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERVAN DARNELL,<br><br>            Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 3:17-cv-03965-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE**<br><br>Date: October 11, 2017<br>Time: 2:00 p.m. |

Plaintiff Ervan Darnell ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife" or "Defendant") (collectively, "the Parties"), through their respective attorneys, hereby jointly stipulate to continue the case management conference from October 11, 2017 at 2 p.m. until ~~October 25~~ November 8, 2017 at 2 p.m. As grounds for this extension, counsel for the parties both

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

1  have a previously scheduled mediation before Hon. James Ware (ret.) in another matter on
2  October 11, 2017.

### **FILER'S ATTESTATION-Local Rule 5.1(i)(3)**

I, Linda B. Oliver, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 4, 2017                                  MAYNARD, COOPER & GALE LLP

                                                         */s/* Linda B. Oliver
                                                         Linda B. Oliver
                                                         *Attorney for Defendant*
                                                         *Metropolitan Life Insurance*
                                                         *Company*

DATED: October 4, 2017                                  BOLT KEENLEY KIM LLP

                                                         */s/* James P. Keenley
                                                         James P. Keenley
                                                         Brian H. Kim
                                                         Emily A. Bolt
                                                         *Attorney for Plaintiff*
                                                         *Ervan Darnell*

IT IS SO ORDERED.

DATED: October 4, 2017

                                                         JON S. TIGAR
                                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE