UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERVAN DARNELL,

    Plaintiff(s)

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant(s)

CASE No C 3:17-cv-03965-JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date: 11/16/17      /s/ Jim Keenley
Attorney for Plaintiff

Date: 11/16/17      /s/ Linda B. Oliver
Attorney for Defendant

■ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: Pqxgo dgt"38."4239

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*