LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

JAMES P. KEENLEY (SBN 253106)
jkeenley@bkkllp.com
BRIAN H. KIM (SBN 253109)
bkim@bkkllp.com
EMILY A. BOLT (SBN 215492)
ebolt@bkkllp.com
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite 3
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
ERVAN DARNELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVAN DARNELL, | ) Case No.: 3:17-cv-03965-JST |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO EXTEND DEADLINE** |
| METROPOLITAN LIFE INSURANCE | ) **TO COMPLETE MEDIATION** |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to ADR L.R. 6-5, Plaintiff Ervan Darnell ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife" or "Defendant") (collectively, "the Parties"), through their respective attorneys, hereby jointly stipulate to extend the deadline to complete mediation from February 14, 2018 until April 20, 2018. As grounds for this extension, the Parties stipulate as follows:

1    1.    Good cause exists for an extension of the mediation deadline.  The parties have

2    not yet scheduled the mediation, but anticipate that it can be completed before the new deadline

3    of April 20, 2018.  Defendant's counsel will be out of the office during the first two weeks of

4    February due to the death of a family member, a previously scheduled vacation February 2

5    through 11, and then has a trial scheduled in the San Francisco Superior Court starting on

6    February 13.

7                            **FILER'S ATTESTATION-Local Rule 5.1(i)(3)**

8         I, Linda B. Oliver, am the ECF User whose identification and password are being used to

9    file this document.  I hereby attest that the concurrence to the filing of this document has been

10   obtained from each signatory hereto.

11

12   DATED: January 22, 2018                          MAYNARD, COOPER & GALE LLP

13

14                                                    */s/* Linda B. Oliver
                                                      Linda B. Oliver
15                                                    *Attorney for Defendant*
                                                      *Metropolitan Life Insurance*
16                                                    *Company*

17

18   DATED: January 22, 2018                          BOLT KEENLEY KIM LLP

19

20                                                    */s/* James P. Keenley
                                                      James P. Keenley
21                                                    Brian H. Kim
                                                      Emily A. Bolt
22                                                    *Attorney for Plaintiff*
                                                      *Ervan Darnell*

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND DEADLINE TO COMPLETE MEDIATION**

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline to complete the mediation is extended from February 14, 2018 to April 20, 2018.

DATED:  January 23, 2018

_____
JON S. TIGAR
United States District Judge

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO COMPLETE MEDIATION**