LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

JAMES P. KEENLEY (SBN 253106)
jkeenley@bkkllp.com
BRIAN H. KIM (SBN 253109)
bkim@bkkllp.com
EMILY A. BOLT (SBN 215492)
ebolt@bkkllp.com
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite 3
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
ERVAN DARNELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVAN DARNELL, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:17-cv-03965-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION AND TO WITHDRAW FROM THE COURT'S MEDIATION PROGRAM AND PARTICIPATE IN PRIVATE MEDIATION** |

Plaintiff Ervan Darnell ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife" or "Defendant") (collectively, "the Parties"), through their respective attorneys, hereby jointly stipulate to extend the deadline to complete mediation from April 20, 2018 until May 31, 2018 and to withdraw from the court's mediation program and instead participate in private mediation. As grounds for this order, the Parties stipulate as follows:

1

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO COMPLETE MEDIATION**

1. Good cause exists for an extension of the mediation deadline. The current deadline to complete mediation is April 20, 2018. The parties scheduled the mediation session for April 16, 2018 with R. Bradford Huss, Esq., a panel mediator, a date MetLife's representative located in New York is only available by telephone. The Court denied MetLife's request for leave to participate in the mediation by telephone.

2. The Parties have now decided that they would prefer to participate in a mediation with a private mediator. They have scheduled a mediation for May 9, 2018 with Adrienne Publicover, Esq., of JAMS.

### **FILER'S ATTESTATION-Local Rule 5.1(i)(3)**

I, Linda B. Oliver, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 30, 2018  MAYNARD, COOPER & GALE LLP

    */s/* Linda B. Oliver
    Linda B. Oliver
    *Attorney for Defendant*
    *Metropolitan Life Insurance*
    *Company*

DATED: March 30, 2018  BOLT KEENLEY KIM LLP

    */s/* James P. Keenley
    James P. Keenley
    Brian H. Kim
    Emily A. Bolt
    *Attorney for Plaintiff*
    *Ervan Darnell*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that (1) the deadline to complete the mediation is extended from April 20, 2018 to May 9, 2018 and (2) the case is withdrawn from the court's mediation program.

DATED: April 2, 2018

_____
JON S. TIGAR
United States District Judge